[No. 26169-0-I.   Division One.   September 9, 1991.]

JOAN SMITH, *Appellant,* v. HORIZON AIR, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-08235-9, Anthony P. Wartnik, J., entered May 2, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Kennedy, J.

[No. 26854-6-I.   Division One.   September 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL EASTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-01956-6, George A. Finkle, J., entered August 20, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 25262-3-I.   Division One.   September 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL PINIENTA GUERRERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04139-8, Liem E. Tuai, J., entered December 1, 1989. *Affirmed* by unpublished per curiam opinion.